IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>             Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC.; WRIGHT MEDICAL TECHNOLOGY, INC.; and DOES 1-10,<br><br>             Defendants. | CV 20-169-M-DLC-KLD<br><br>ORDER OF RECUSAL |

     I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office.

Accordingly, I ask that this case be reassigned.

     DATED this 19th day of November, 2020.

                                           Kathleen L. DeSoto
                                           United States Magistrate Judge