IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC., WRIGHT MEDICAL TECHNOLOGY, INC. and DOES 1-10,<br><br>            Defendants. | CV 20–169–DLC<br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto having recused herself,

IT IS ORDERED that the above-captioned cause is REASSIGNED to United States District Court Judge Dana L. Christensen for all further proceedings.

DATED this 20th of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court