IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC., WRIGHT MEDICAL TECHNOLOGY, INC. and DOES 1-10,<br><br>Defendants. | CV 20–169–DLC<br><br>ORDER |

Defendant Wright Medical Technology, Inc. moves for the admission of David C. Van Dyke to practice before this Court in this case with Kevin Twidwell of Kaleva Law Offices to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit David C. Van Dyke pro hac vice (Doc. 7) is GRANTED on the condition that Mr. Van Dyke do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Van Dyke, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 25th of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court